ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>    Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for Thursday, August 31, 2017 be vacated and continued without appearance to **Thursday, September 28, 2017 at 10:00 a.m. for Status Conference.**

The purpose of this stipulation is to allow the Mr. Singh's counsel, substituted into the case on August 8, 2017, to review with the defendant the discovery that thus far includes in excess of 70 pages of documentary discovery, plus numerous audio recordations.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C.

1

§3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of August 31, 2017, up to and including the proposed status conference date of September 28, 2017. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

                                                  **Respectfully submitted,**

DATED: August 29, 2017

                            */s/ Robert M. Holley*
                            **MR. ROBERT M. HOLLEY, ESQ.**
                            **Counsel for Gurpreet Singh**

DATED: August 29, 2017

                            */s/ David P. Foos (by RMH)*
                            **MR. DAVID P. FOOS, ESQ.**
                            **Counsel for Gurpreet Singh**

DATED: August 29, 2017

                            */s/ Cameron L. Desmond (by RMH)*
                            **MS. CAMERON L. DESMOND, ESQ.**
                            **Assistant United States Attorney**
                            **Counsel for the United States**

**ORDER**

IT IS SO ORDERED.

Dated: August 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE