ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for **Thursday, December 14, 2017 at 10:00 a.m.,** be vacated and continued without appearance to **Thursday, February 15, 2018 at 10:00 a.m. for Status Conference.**

The purpose of this stipulation is to allow time for Mr. Singh to further review the auditory discovery provided by the government, and for counsel to negotiate a possible disposition to avoid the necessity of jury trial. All counsel are diligently doing just that.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C.

1

§3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of December 14, 2017, up to and including the proposed new status conference date of February 15, 2018. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

DATED: December 12, 2017

*/s/ Robert M. Holley*
**MR. ROBERT M. HOLLEY, ESQ.**
**Counsel for Gurpreet Singh**

DATED: December 12, 2017

*/s/ David P. Foos (by RMH)*
**MR. DAVID P. FOOS, ESQ.**
**Counsel for Gurpreet Singh**

DATED: December 12, 2017

*/s/ Cameron L. Desmond (by RMH)*
**MS. CAMERON L. DESMOND, ESQ.**
**Assistant United States Attorney**
**Counsel for the United States**

IT IS SO ORDERED.
Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE