ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>　　　　　Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for **Thursday, April 26, 2018,** be vacated and continued without appearance to **Thursday, June 21, 2018 at 10:00 a.m. for Status Conference.**

The parties are in need of this continuance based on a particularized possible settlement agreement that will take this additional time to finalize. The parties are in agreement that this request will be the last such request unless some unforeseen change occurs in this matter, and that this continuance will, in all likelihood, be a plea or set.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be

1

commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of April 26, 2018, up to and including the proposed status conference date of June 21, 2018. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

DATED: April 25, 2018

*/s/ Robert M. Holley*
**MR. ROBERT M. HOLLEY, ESQ.**
**Counsel for Gurpreet Singh**

DATED: April 25, 2018

*/s/ David P. Foos (by RMH)*
**MR. DAVID P. FOOS, ESQ.**
**Counsel for Gurpreet Singh**

DATED: April 25, 2018

*/s/ Cameron L. Desmond (by RMH)*
**MS. CAMERON L. DESMOND, ESQ.**
**Assistant United States Attorney**
**Counsel for the United States**

IT IS SO ORDERED.

Dated: April 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE