ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>　　　　Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for **Thursday, June 21, 2018 at 10:00 a.m. for Status Conference,** be vacated and continued without appearance to **Thursday, September 6, 2018 at 10:00 a.m. for Status Conference.**

Counsel are still in the process of negotiation and Mr. Singh is reviewing the auditory discovery provided by the government. It is expected that a disposition will be reached prior to this next status conference. Counsel are in the process of working out a plea negotiation that, by its nature, takes time to arrive at an appropriate agreement.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the

1

defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of June 21, 2018, up to and including the proposed new status conference date of September 6, 2018. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

                                                    **Respectfully submitted,**

**DATED:  June 19, 2018**

                                    */s/ Robert M. Holley*
                                    **MR. ROBERT M. HOLLEY, ESQ.**
                                    **Counsel for Gurpreet Singh**

**DATED:  June 19, 2018**

                                      */s/ David P. Foos  (by RMH)*
                                    **MR. DAVID P. FOOS, ESQ.**
                                    **Counsel for Gurpreet Singh**

**DATED:  June 19, 2018**

                                      */s/  Cameron L. Desmond   (by RMH)*
                                    **MS. CAMERON L. DESMOND, ESQ.**
                                    **Assistant United States Attorney**
                                    **Counsel for the United States**

**ORDER**

IT IS SO ORDERED.

Dated:  June 19, 2018

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE