MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00106-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GURPREET SINGH, | DATE: September 6, 2018 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 6, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until November 15, 2018, and to exclude time between September 6, 2018, and November 15, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes dozens of audio recordings and reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

1        b)      Counsel for defendant desires additional time to review the discovery, research

2  sentencing issues, and discuss resolution possibilities with the defendant.

3        c)      Counsel for defendant believes that failure to grant the above-requested

4  continuance would deny him/her the reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6        d)      The government does not object to the continuance.

7        e)      Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of September 6, 2018 to November

12  15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13  Code T4] because it results from a continuance granted by the Court at defendant's request on

14  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15  best interest of the public and the defendant in a speedy trial.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4      IT IS SO STIPULATED.

5 Dated:  September 5, 2018                     McGREGOR W. SCOTT
United States Attorney

6

7                                  /s/ CAMERON L. DESMOND

8                                  CAMERON L. DESMOND
Assistant United States Attorney

9

10 Dated:  September 5, 2018                      /s/ Robert Holley

11                                  Robert Holley
Counsel for Defendant

12                                  GURPREET SINGH

13

14                              **ORDER**

15      IT IS SO ORDERED.

16 DATED:  September 12, 2018

17

18                       MORRISON C. ENGLAND, JR.

19                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28