**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>    Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for **Thursday, November 15, 2018 at 10:00 a.m. for Status Conference,** be vacated and continued without appearance to **Thursday, January 17, 2019 at 10:00 a.m. for Status Conference.**

    Counsel are still in the process of negotiation and Mr. Singh is reviewing the auditory discovery provided by the government. The prosecution and the defense are working on formulating an agreement that necessarily will take some additional time to resolve. We do expect a plea at our next appearance.

    The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the

1

defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of November 13, 2018, up to and including the proposed new status conference date of January 17, 2019. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

                                                **Respectfully submitted,**

**DATED: November 13, 2018**

                                        */s/ Robert M. Holley*
                                        **MR. ROBERT M. HOLLEY, ESQ.**
                                        **Counsel for Gurpreet Singh**

**DATED: November 13, 2018**

                                        */s/ David P. Foos  (by RMH)*
                                        **MR. DAVID P. FOOS, ESQ.**
                                        **Counsel for Gurpreet Singh**

**DATED: November 13, 2018**

                                        */s/ Cameron L. Desmond   (by RMH)*
                                        **MS. CAMERON L. DESMOND, ESQ.**
                                        **Assistant United States Attorney**
                                        **Counsel for the United States**

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv). The previously set date for Status Conference of November 15, 2018 is hereby vacated, and the matter is set on the Court's law and motion calendar for Thursday, January 17, 2019 at 10:00 a.m. for Status Conference.

IT IS SO ORDERED.

Dated: November 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE