ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>　　　　Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently scheduled on the court calendar for **Thursday, May 9, 2019 for Status Conference,** be vacated and continued without appearance for one week to **Thursday, May 16, 2019 at 10:00 a.m. for Status Conference.**

Counsel are still working out some minor details in the plea negotiation and find that this one-week continuance is necessary for final disposition. Counsel expects that at the appearance on May 16, 2019, Mr. Singh shall be entering a change of plea in the above-numbered indictment.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be

1

commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the previously set date of **May 9, 2019**, up to and including the proposed new status conference date of **May 16, 2019**. Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED: May 7, 2019**

*/s/ Robert M. Holley*
**MR. ROBERT M. HOLLEY, ESQ.**
**Counsel for Gurpreet Singh**

**DATED: May 7, 2019**

*/s/ David P. Foos  (by RMH)*
**MR. DAVID P. FOOS, ESQ.**
**Counsel for Gurpreet Singh**

**DATED: May 7, 2019**

*/s/  Cameron L. Desmond   (by RMH)*
**MS. CAMERON L. DESMOND, ESQ.**
**Assistant United States Attorney**
**Counsel for the United States**

# ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv). Since the Court previously continued the status conference on its own motion (ECF No. 39), the hearing currently set for May 16, 2019, shall remain on calendar at 10:00 a.m. Time is excluded through that date.

IT IS SO ORDERED.

Dated: May 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE