ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that, for logistical reasons, the **sentencing hearing** presently scheduled on the court calendar for **Thursday, September 19, 2019 at 10:00 a.m.** be vacated and continued without appearance to **Thursday, December 12, 2019 at 10:00 a.m.**

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 15, 2019

*/s/ Robert M. Holley*
**MR. ROBERT M. HOLLEY, ESQ.**
Counsel for Gurpreet Singh

DATED: August 15, 2019

/s/ David P. Foos  (by RMH)
MR. DAVID P. FOOS, ESQ.
Counsel for Gurpreet Singh

DATED: August 15, 2019

/s/ Cameron L. Desmond  (by RMH)
MS. CAMERON L. DESMOND, ESQ.
Assistant United States Attorney
Counsel for the United States

## ORDER

It is hereby ordered that the sentencing hearing presently set on the Court's law and motion calendar for Thursday, September 19, 2019 at 10:00 a.m. be vacated and continued without appearance to Thursday, December 12, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE