**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2151 River Plaza Drive, Suite 250**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant GURPREET SINGH**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>vs,<br><br>**GURPREET SINGH,**<br><br>　　　　Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that, for logistical reasons in connection with the preparation of the presentence report, the **sentencing hearing** presently scheduled on the court calendar for **Wednesday, December 11, 2019 at 10:00 a.m.** be vacated and continued without appearance to **Thursday, February 20, 2020 at 10:00 a.m.**

　　IT IS SO STIPULATED.

　　DATED: December 2, 2019

　　　　　　　　　　　　　　　　　　　　*Robert M. Holley*　　　　　　
　　　　　　　　　　　　　　　　　　　**MR. ROBERT M. HOLLEY, ESQ.**
　　　　　　　　　　　　　　　　　　　**Counsel for Gurpreet Singh**

1

DATED: December 2, 2019

                                    */s/ David P. Foos  (by RMH)*
                                    **MR. DAVID P. FOOS, ESQ.**
                                    **Counsel for Gurpreet Singh**

DATED: December 2, 2019

                                    */s/ Cameron L. Desmond  (by RMH)*
                                    **MS. CAMERON L. DESMOND, ESQ.**
                                    **Assistant United States Attorney**
                                    **Counsel for the United States**

## ORDER

It is hereby ordered that the sentencing hearing presently set on the Court's law and motion calendar for Wednesday, December 11, 2019 at 10:00 a.m. be vacated and continued without appearance to Thursday, July 2, 2020 at 10:00 a.m. The parties may file an Amended Schedule of Disclosure for PSR based on the new hearing date. For time sensitive matters, the parties are directed to email the Courtroom Deputy to seek a hearing before another District Judge.

IT IS SO ORDERED.

Dated: January 17, 2020

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE