**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>    Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |

### STIPULATION

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that item #10 of Mr. Singh's Conditions of Release, requiring pretrial drug testing, be eliminated.

　　Both parties have been contacted by the Office of Pretrial Services, supervising Mr. Singh, requesting this proposed modification. Ms. Taifa Gaskins, Mr. Singh's supervising Pretrial Officer, has indicated that Mr. Singh has done well on supervision. He has maintained employment and has been responsive and communicative. Mr. Singh has now been placed

///
///
///
///

among the officer's "lower level supervision cases" and is no longer in need of Special Condition #10 regarding "drug testing."

DATED: August 14, 2020

          */s/ Robert M. Holley*
          MR. ROBERT M. HOLLEY, ESQ.
          Counsel for Gurpreet Singh

DATED: August 14, 2020

          */s/ David P. Foos  (by RMH)*
          MR. DAVID P. FOOS, ESQ.
          Counsel for Gurpreet Singh

DATED: August 14, 2020

          */s/  Cameron L. Desmond  (by RMH)*
          MS. CAMERON L. DESMOND, ESQ.
          Assistant United States Attorney
          Counsel for the United States

## ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety.

**Good Cause Appearing,** the Special Conditions of Pretrial Release are hereby modified to exclude item #10 with regard to pretrial drug testing.  All other Conditions of Release are to remain in full force and effect.

IT IS SO ORDERED.

Dated: August 17, 2020

          MORRISON C. ENGLAND, JR
          SENIOR UNITED STATES DISTRICT JUDGE