ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant GURPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs,<br><br>GURPREET SINGH,<br><br>　　　　Defendant. | Case No.: 2:17-CR-00106 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective undersigned counsel, that based upon the need for court closure on **October 8, 2020**, the **sentencing hearing** presently scheduled on said date, be vacated and continued without appearance to **Thursday, December 3, 2020 at 10:00 a.m.,** a date and time available for all parties in connection with this matter.

IT IS SO STIPULATED.

DATED:  Friday, October 2, 2020

　　　　　　　　　　　　　　　　　　　　　 *Robert M. Holley*
　　　　　　　　　　　　　　　　　　　　MR. ROBERT M. HOLLEY, ESQ.
　　　　　　　　　　　　　　　　　　　　Counsel for Gurpreet Singh

DATED: October 2, 2020

/s/ David P. Foos  (by RMH)
MR. DAVID P. FOOS, ESQ.
Counsel for Gurpreet Singh

DATED: October 2, 2020

/s/ Cameron L. Desmond  (by RMH)
MS. CAMERON L. DESMOND, ESQ.
Assistant United States Attorney
Counsel for the United States

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing presently set on the Court's law and motion calendar for Thursday, October 8, 2020 at 10:00 a.m., be vacated and continued without appearance to Thursday, December 3, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 5, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE